433 A.2d 111

Commonwealth v. McCafferty, Appellant.

Submitted December 6, 1979. Arthur J. King, Assistant Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

494

Before BROSKY, WICKERSHAM and ROBERTS, JJ.*

Judgment of sentence affirmed.